1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:  (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13  UNITED STATES OF AMERICA,            )   No. CR-09-526 SBA
                                         )
14              Plaintiff,               )   STIPULATION AND [PROPOSED]
                                         )   ORDER TO CONTINUE STIPULATED
15         v.                            )   FACTS TRIAL TO FEBRUARY 14, 2012
                                         )
16  GUILLERMO ANTONIO                    )
    VILLAVICENCIO,                       )
17                                       )
                Defendant.                )
18  _____)

19
        IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its
20
    attorney, Joshua Hill, and the defendant through his attorney, Joyce Leavitt, that the stipulated
21
    facts trial presently set for January 31, 2012, be continued to February 14, 2012 at 2:00 p.m.  The
22
    reason for the continuance is that government counsel is unavailable on January 31, 2012.  The
23
    requested date of February 14, 2012 is the Court's first available time thereafter.  The parties
24
    agree that the delay is not attributable to lack of diligent preparation on the part of the attorney
25
    for the government or defense counsel.  For these reasons, the parties request that time under the
26
    Speedy Trial Act be excluded based on the parties' need for continuity of counsel.  The parties
27
    agree that the waiver covers all time between the date of this Stipulation and February 14, 2012.
28

Stip. and [Proposed] Order
CR-09-526 SBA

IT IS SO STIPULATED:

Dated: January 19, 2012                                       /S/
                                                    JOYCE LEAVITT
                                                    Attorney for Villavencencio


Dated: January 19, 2012                                       /S/
                                                    JOSHUA HILL
                                                    Assistant United States Attorney


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the stipulated facts trial presently set for January 31, 2012, is continued to **February 14, 2012 at 2:00 p.m.** Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between January 19, 2012, and February 14, 2012, would unreasonably deny the parties continuity of counsel. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). The Court further finds that the ends of justice served by excluding the time between January 19, 2012, and February 14, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between January 19, 2012, and February 14, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).


DATED: January 19, 2012                      _____
                                             HON. SAUNDRA BROWN ARMSTRONG
                                             United States District Court Judge