GEOFFREY A. HANSEN
Acting Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant VILLAVICENCIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 09-00526 SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING SENTENCING DATE |
| ) | |
| ) | |
| GUILLERMO VILLAVICENCIO, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing in this case with respect to Guillermo Villavicencio, which was previously set for Wednesday, June 6, 2012, at 10:00 a.m., may be continued to Tuesday, July 10, 2012, at 10:00 a.m. for sentencing. The reason for the continuance is that there are disputed issues relating to the guideline calculations in this case and the United States Probation Office has indicated its intention to file a Revised Final Pre-sentence Report. The United States Probation Office has further indicated that if sentencing in this case is continued to July 10, 2012, it will disclose the Revised Final Pre-sentence Report at least

two weeks prior to that date so that the parties can then file revised sentencing memorandums addressing the guideline issues at least 7 days prior to sentencing.

.

DATED: 6/13/12 \_\_\_\_\_/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 6/13/12 _____/s/_____
WILLIAM GULLOTTA
Special Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this case with respect to Guillermo Villavicencio,, which was previously set for Wednesday, June 6, 2012, at 10:00 a.m., may be continued to Tuesday, July 10, 2012, at 10:00 a.m. for sentencing.

SO ORDERED.

DATED:    6/14/12                   _____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge